# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | 2:10-CR-000616-1-KJD-GWF |
| DANIEL PHILLIP SPENCER, | ) | |
| Defendant. | ) | ORDER |

On December 28, 2010, the Federal Public Defender was appointed to represent Daniel Phillip Spencer. The court has been advised that a conflict exists.

Accordingly, IT IS HEREBY ORDERED that JOEL M. MANN, ESQ. is appointed as counsel for DANIEL PHILLIP SPENCER in place of the Federal Public Defender for all future proceedings.

The Federal Public Defender shall forward the file to Mr. Mann forthwith.

DATED this  12th  day of January, 2011. Nunc Pro Tunc: January 5, 2011.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge