Case 2:10-cr-00616-KJD-GWF   Document 99   Filed 05/14/13   Page 1 of 2



# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DANIEL PHILLIP SPENCER, ) <br> a/k/a Daniel P. Laquerre, ) <br> ) <br> Defendant. ) | 2:10-CR-616-KJD-(GWF) |

## ORDER OF FORFEITURE

On May 14, 2013, defendant DANIEL PHILLIP SPENCER a/k/a Daniel P. Laquerre pled guilty to Counts One through Two of a Five-Count Superseding Criminal Indictment charging him in Counts One through Two with Mail Fraud in violation of Title 18, United States Code, Section 1341 and agreed to the forfeiture of property set forth in the Forfeiture Allegations in the Superseding Criminal Indictment. Superseding Criminal Indictment, ECF No. 37; Plea Agreement, ECF No. ___.

This Court finds that DANIEL PHILLIP SPENCER a/k/a Daniel P. Laquerre shall pay a criminal forfeiture money judgment of $1,289,800.00 in United States Currency to the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p). Superseding Criminal Indictment, ECF No. 37; Plea Agreement, ECF No. ___.

. . .

1  THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United
2  States recover from DANIEL PHILLIP SPENCER a/k/a Daniel P. Laquerre a criminal forfeiture
3  money judgment in the amount of $1,289,800.00 in United States Currency.
4  DATED this 14th day of May, 2013.

_____
UNITED STATES DISTRICT JUDGE