C. STANLEY HUNTERTON
Nevada Bar No. 1891
HUNTERTON & ASSOCIATES
627 So. 7th St.
Las Vegas, Nevada 89101
(702-388-0098)
Counsel for Defendant Daniel Spencer

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DANIEL SPENCER,<br><br>　　　　Defendant. | CASE NO. 2:10-CR-00616-KJD-GWF |

ORDER CONTINUING SENTENCING DATE

Pursuant to Defendant's Motion to Postpone Sentencing Date heretofore filed July 23, 2013 and the government having no objection, the Court having been fully advised in the premises and good cause appearing therefor,

IT IS HEREBY ORDERED that the sentencing date in this action presently set for August 20, 2013 at the hour of 9:00 am in the above Court is continued to the __1st__ day of

. . . . .

. . . . .

. . . . .

1

_October_____, 2013 at the hour of 9:00 a.m., Courtroom 4A.

DATED this __31st__ day of July, 2013.

_____
UNITED STATES DISTRICT JUDGE