# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

oOo

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DANIEL SPENCER,<br><br>　　　　　Defendant. | CASE NO.: 2:10-CR-616-KJD-GWF<br><br>**ORDER WAIVING ATTORNEY-CLIENT PRIVILEGE** |

Based on the pending application of the Government and good cause appearing,

IT IS THEREFORE ORDERED that the attorney-client privilege between defendant Daniel Spencer and former counsel C. Stanley Hunterton in case no. 2:10-CR-616-KJD-GWF is waived with respect to the allegations in Defendant Daniel Spencer's Motion to Withdraw Guilty Plea (Doc. 125).

Dated this 10th day of October 2013.

_____
UNITED STATES DISTRICT JUDGE