# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:10-CR-616-KJD-(GWF) |
| DANIEL PHILLIP SPENCER a/k/a DANIEL P. LAQUERRE, | ) |
| Defendant. | ) |

## ORDER OF FORFEITURE

This Court found on May 15, 2013, that Daniel Phillip Spencer a/k/a Daniel P. Laquerre shall pay a criminal forfeiture money judgment of $1,289,800.00 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p). Superseding Indictment, ECF No. 37; Plea Agreement, ECF No. 98; Order of Forfeiture, ECF No. 99; Change of Plea, ECF No. 100.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from Daniel Phillip Spencer a/k/a Daniel P. Laquerre a criminal forfeiture money judgment in the amount of $1,289,800.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States

. . .

. . .

1 | Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States
2 | Code, Section 853(p).

3 | DATED this 6th day of December, 2013.

_____
UNITED STATES DISTRICT JUDGE